No. 290, Misc. ROPER v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 295, Misc. CONWAY v. HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 296, Misc. AGNEW v. MOODY ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Roger Arnebergh* and *Bourke Jones* for respondent city officials and police officers.

No. 297, Misc. PRICE v. MARYLAND. Court of Appeals of Maryland. Certiorari denied. *Stanley R. Jacobs* for petitioner.

No. 299, Misc. MEREDITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *William A. Dougherty* for petitioner. *Solicitor General Cox* for the United States.

No. 303, Misc. CRIDER v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 304, Misc. MANASEK v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 305, Misc. McGARY v. FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 307, Misc. THOMAS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 310, Misc. TYSON v. HENING ET AL. Supreme Court of Appeals of Virginia. Certiorari denied.